GEORGE KOZAK, Respondent, *v.* THE ERIE RAILROAD COMPANY, Appellant.

Reported below, 135 App. Div. 726.
(Argued April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from a judgment entered December 16, 1909, upon an order of the Appellate Division

of the Supreme Court in the second judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and dismissing the complaint and directed the reinstatement of said verdict in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

The motion was made upon the ground that the exceptions were frivolous and the appeal taken for purposes of delay only.

*John C. Robinson* for motion.

*Henry Bacon* opposed.

Motion denied, with ten dollars costs.